**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2381**

---

In re:  RUSSELL LEWIS WALKER,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of South Carolina, at Greenville.  (6:25-cv-12442-JDA)

---

Submitted:  December 18, 2025                    Decided:  December 22, 2025

---

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Russell Lewis Walker, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Lewis Walker petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his complaint under 42 U.S.C. § 1983. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on November 21, 2025, the district court adopted the magistrate judge's recommendation and dismissed the complaint. Accordingly, we deny Walker's motion to correct the record, grant his motion to seal his attachment to the motion, and, because the the district court has recently decided Walker's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2